90 So.2d 927

Grady LEACH

v.

STATE.

2 Div. 892.

Court of Appeals of Alabama.

Nov. 20, 1956.

Walter G. Woods, Tuscaloosa, for appellant.

John Patterson, Atty. Gen., and Edmon L. Rinehart, Asst. Atty. Gen., for the State.

PRICE, Judge.

Affirmed.

82 So.2d 347

Alcie Dee SARTAIN et al.

v.

STATE.

6 Div. 90.

Court of Appeals of Alabama.

May 31, 1955.

Rehearing Denied June 30, 1955.

E. M. Ford, Jr., Tuscaloosa, for appellants.

John Patterson, Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.

93 So.2d 813

Hugh Eugene THOMASON

v.

STATE.

4 Div. 336.

Court of Appeals of Alabama.

March 5, 1957.

Prestwood & Prestwood, Andalusia, for appellant.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

CATES, Judge.

Transcript of evidence stricken; judgment affirmed. Eidson v. State, ante, p. 321, 82 So.2d 814.